# United States District Court
## Northern District of Texas

Karen Mitchell  
Clerk of Court

1100 Commerce, Room 1452  
Dallas, Texas 75242

March 3rd, 2025

Lyle Cayce, Clerk of Court  
U.S. Court of Appeals, Fifth Circuit  
600 S. Maestri Place  
New Orleans, LA 70130

VIA CM/ECF

SUBJECT: REQUEST FOR EXTENSION OF TIME TO FILE TRANSCRIPTS FOR CASE C.A. CASE NO. 24-11000; D.C. CASE NO:. 4:24-CR-001-Y

Dear Mr. Cayce:

This letter is written on behalf of Debbie Saenz regarding a request for an extension of time to file transcripts that are currently on appeal. Debbie needs this extension so she can complete all transcripts on appeal. Therefore, I request an extension until May 10. 2025, so that Debbie will have time to get the transcripts filed in this case on appeal.

Debbie has approximately 28 volumes and 2,500 pages outstanding that are on appeal.

I am in close contact with all Court Reporters in the Northern District, so if you have any questions, comments or concerns please contact me at 214/753-2166.

Sincerely,  
KAREN MITCHELL  
Clerk of Court

s/ Ronnie Jacobson  
Ronnie Jacobson  
Court Reporter Coordinator

cc:  Karen Mitchell  
Clerk of Court

All Attorneys via CM/ECF

# UNITED STATES COURT OF APPEALS FOR THE 5th CIRCUIT

Court of Appeals Docket Number(s): __24-11000__

Short Title: __USA v. John Anthony Castro__

District Court Docket Number(s): __4:24-CR-001-Y__

## REQUEST FOR EXTENSION OF TIME TO FILE TRANSCRIPT AND FOR WAIVER OF MANDATORY FEE REDUCTION

I __Debbie Saenz__ request an extension of time to file the transcript in the above referenced case(s), and request a waiver of the mandatory fee reduction until __5/10/2025__ based upon:

- [ ] Illness or other incapacity. The required certification is attached.
- [ ] Planned vacation. The required certification is attached.
- [✓] Lengthy or complex litigation or excessive pages ordered. The required certification is attached.
- [ ] Other _____

The status (such as number of outstanding transcripts and page backlog volume) of pending transcripts is/are __2500 pages and 28 volumes in cases on appeal (Castro is 1300 pages and 9 volumes of caseload)__

Signature: __Debbie Saenz__    3/3/2025
Official Court Reporter    Date

Signature: __Terry R. Means__    3/3/2025
United States District Judge    Date

Attach a supportive letter from the court reporter coordinator or designated management official.
Attach proof of service on all counsel as appropriate