# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 04, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-11000    USA v. Castro
                       USDC No. 4:24-CR-1-1

The court has granted an extension of time to and including May 12, 2025 for filing transcripts in the District Court in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Casey A. Sullivan, Deputy Clerk
                            504-310-7642

Mr. John Anthony Castro
Mr. Stephen S. Gilstrap
Ms. Karen S. Mitchell