# TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: **NORTHERN DISTRICT OF TEXAS**    District Court Docket No.: **4:24-CR-00001-Y**

Short Case Title: **U.S. v. JOHN ANTHONY CASTRO**

**ONLY ONE COURT REPORTER PER FORM**   Court Reporter: **DEBBIE SAENZ**

Date Notice of Appeal Filed in the District Court: **11/12/2024**    Court of Appeals No.: **24-11000**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings   ☐ Transcript is unnecessary for appeal purposes   ☐ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____

☒ Opening Statement of Plaintiff **5/20/2024 Doc. 45**    ☒ Opening Statement of Defendant **5/20/2024 Doc. 45**

☒ Closing Argument of Plaintiff **5/24/2024 Doc. 50**    ☒ Closing Argument of Defendant: **5/24/2024 Doc. 50**

☒ Opinion of court **5/24/2024 Doc. 50**    ☐ Jury Instructions _____    ☒ Sentencing **10/29/2024 Doc. 75**

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 5/16/2024 | PRETRIAL CONFERENCE, Doc. 43 | SENIOR JUDGE TERRY R. MEANS |
| 5/20/24 - 5/24/2024 | BENCH TRIAL, DAYS 1 THRU 4, Docs. 45, 46, 47, 48, and 50 | SENIOR JUDGE TERRY R. MEANS |
| 5/24/24 | DETENTION HEARING, Doc. 49 | MAGISTRATE JUDGE JEFFREY L. CURETON |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☒ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds

☒ Other: **DIRECT PAYMENT TO DEBBIE SAENZ**

Signature: _[signed]_    Date Transcript Ordered: **8/7/2024**

Print Name: **JOHN ANTHONY CASTRO REGISTERED NO. 93890-510**    Phone: **N/A**

Counsel for: **PRO SE**

Address: **BOP OAKDALE FCI I PO BOX 5000 OAKDALE, LA 71463**

Email of Attorney: **N/A**

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 2/10/2025 | 2/10/2025 | 3/10/2025 | 1300 |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received   ☐ Unable to contact ordering party   ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date: **2/10/2025**    Signature of Reporter: **/s/ Debbie Saenz**    Tel.: **817.850.6661**

Email of Reporter: **debbie.saenz@yahoo.com**

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: **1312**    Actual Number of Volumes: **9**

Date: **5/7/2025**    Signature of Reporter: **/s/ Debbie Saenz**