

U.S. COURT OF APPEALS
RECEIVED
May 27, 2025
FIFTH CIRCUIT

No. 24-1100

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN ANTHONY CASTRO,

Appellant.

**MOTION FOR EXTENSION OF TIME TO SUBMIT OPENING BRIEF**

Pursuant to 5th Cir. R. 31.4.2(b) and (c), because the issues are complex and Appellant will experience hardship, Appellant motions this Honorable Court for a Level 1 extension of 30 days pursuant to 5th Cir. R. 31.4.3.1.

In particular, with regard to 5th Cir. R. 31.4.2(b), the issues that Appellant needs to draft include, but are not limited, a Sixth Amendment Right of Confrontation Waiver issue that is dependent upon a still-pending Motion to Strike the Constitutionally Deficient Alleged Stipulations at ECF 36 as well an Insufficiency of Evidence claim that is contingent upon a pending FRAP 10(e) motion challenging the accuracy of the trial transcripts. There is also 3 other issues

challenging the basis for the Obstruction and Leadership Enhancements as well as a Brady claim regarding the Government actively concealing an IRS lien placed on the account of their Star Witness Linda Rivera's husband's IRS account, which provided the motive for her fraudulent misrepresentation of her marital status. These issues are complex and require significant editing to keep it within the 13,000-word limit.

With regard to 5th Cir. R. 31.4.2(c), Appellant will experience hardship. First, as mentioned above, two of the main issues on appeal are dependent upon still-pending motions before the district court. Second, the Federal Correctional Institution at Oakdale, Louisiana, does not provide inmates with access to document-preparation software with word counting capabilities. As such, Appellant is being compelled to handwrite his Opening Brief and to manually count each of the 13,000 words. After this is done, he is mailing the legal pad to a professional company to prepare an FRAP-compliant Opening Brief that is professionally formatted. All of this additional time and effort is extremely burdensome and time-consuming. To make matters worse, these limitations are effectively imposed by the federal government. Of course, it would be upheld as being based upon a legitimate penological interest, but that does not change the fact that it is most definitely a hardship that, at the very least, should be remedied with a 30-day extension.

Based on the foregoing, because it is impossible for Appellant to complete and submit his Opening Brief by June 25, 2025, Appellant moves this Honorable Court for a 30-day extension. Appellant is also separately asking for a stay of the appeal entirely since there are pending disputes regarding both the Record on Appeal (ECF 36) and substantial and prejudicial errors in the Trial Transcript that the district court has not resolved.

Faithfully in Christ,

/s/ John Anthony Castro

John Anthony Castro
Pro-Se Appellant
FCI Oakdale I
Prisoner Number 93890-510
P.O. Box 5000
Oakdale, LA  71463

# **CERTIFICATE OF COMPLIANCE**

I, John Castro, undersigned certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 442 words, as determined by Microsoft Office Word 2016 word processing software.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirement of Fed R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in Times New Roman (14-point).

Date: May 27, 2025

By:  /s/ John Anthony Castro