# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 28, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-11000     USA v. Castro
                USDC No. 4:24-CR-1-1


The court has GRANTED an extension of time to and including July 25, 2025 for filing appellant's brief in this case.

Appellant's motion to stay further proceedings is DENIED.



                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

Mr. John Anthony Castro
Mr. Stephen S. Gilstrap