# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

May 29, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-11000   USA v. Castro
                   USDC No. 4:24-CR-1-1

The court has taken the following action in this case: Appellant's motion titled Motion for stay of case pending resolution of transcript disputes per FRAP 10(e) is DENIED.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Casey A. Sullivan, Deputy Clerk
                         504-310-7642

Mr. John Anthony Castro
Mr. Stephen S. Gilstrap