# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-11000    USA v. Castro
                USDC No. 4:24-CR-1-1

The court has taken the following action in this case: Appellant's motion to suspend the rules and mail Castro his entire record on appeal is DENIED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. John Anthony Castro
Mr. Stephen S. Gilstrap