# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 18, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-11000   USA v. Castro
                   USDC No. 4:24-CR-1-1

The court has taken the following action in this case: Appellant's motion to file brief with alternative citations is DENIED.

A previous motion for an extension of time to file the brief has been granted.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Casey A. Sullivan, Deputy Clerk
                      504-310-7642

Mr. John Anthony Castro
Mr. Stephen S. Gilstrap