

Case No. 24-11000

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN ANTHONY CASTRO,

Appellant.

## MOTION FOR CLARIFICATION

Appellant John Anthony Castro, pro se, respectfully moves this Honorable Court for clarification on the August 6 Order. Appellant requires access to the Sealed and Ex Parte Record on Appeal. In particular, Appellant needs access to the Record on Appeal as it pertains to the First Motion for New Trial (Dkt. No. 84), Government's Response to the First Motion for New Trial (Dkt. No. 129), the Motion for Evidentiary Hearing in Support of the Motion for New Trial (Dkt. No. 136), and the Motion to Correct the Trial Transcripts (Dkt. No. 240).

Appellant's Opening Brief is missing less than a dozen citations to the Record on Appeal, which are citations to the above-listed portions of the Sealed and Ex Parte Record on Appeal. Appellant simply wants to confirm that this Honorable Court's August 6 Order covers those portions of the Record on Appeal (Dkt. Nos. 84, 129, 136, 240) so that Appellant can finalize his Opening Brief and submit it without delay.

Faithfully in Christ,


/s/


John Anthony Castro
Appellant-Defendant, Pro Se
Prisoner Number 93890-510
FCI Oakdale I
P.O. Box 5000
Oakdale, LA  71463

# **CERTIFICATE OF COMPLIANCE**

I, John Castro, undersigned certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 213 words, as determined by Microsoft Office Word 2016-word processing software.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirement of Fed R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in Times New Roman (14-point).

Date: August 11, 2025


By: /s/ John Anthony Castro