# 24-11000

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

**UNITED STATES OF AMERICA,**
Plaintiff-Appellee

v.

**JOHN ANTHONY CASTRO,**
Defendant-Appellant

---

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:24-CR-001-Y

---

## MOTION TO RECEIVE
## ELECTRONIC COPY OF SEALED RECORD

---

The United States moves for permission to receive from the district clerk, for its use in preparing its brief in this appeal, the sealed portions of the record on appeal.

Respectfully submitted,

Nancy E. Larson
Acting United States Attorney

*s/ Lauren C. Murphree*
Lauren C. Murphree
Assistant United States Attorney
Texas State Bar No. 24085059
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401-4002
Telephone: (806) 472-7322
lauren.murphree@usdoj.gov

Attorneys for Appellee

## Certificate of Conference

I have not conferred with Castro regarding this motion because he is incarcerated.

*s/ Lauren C. Murphree*
Lauren C. Murphree

## Certificate of Service

I certify that on October 20, 2025, I filed this motion with the clerk of court for the Fifth Circuit Court of Appeals. I also certify that a copy of this motion was sent to John Anthony Castro, Register Number 93890-510, FCI Oakdale I, P.O. Box 5000, Oakdale, Louisiana 71463-000, by U.S. mail.

*s/ Lauren C. Murphree*
Lauren C. Murphree

## Certificate of Compliance

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 30 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*s/ Lauren C. Murphree*
Lauren C. Murphree
Date: October 20, 2025