# 24-11000

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**
　　　　　　　　　　　　　Plaintiff-Appellee

v.

**JOHN ANTHONY CASTRO,**
　　　　　　　　　　　　　Defendant-Appellant

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:24-CR-1-Y

**UNITED STATES' SECOND MOTION
FOR EXTENSION OF TIME**

　　　The United States moves for a 14-day extension of time to respond to the appellant's brief, from its current due date of October 27, 2025, to November 10, 2025. Appellant is pro se and unavailable to conference regarding his position on this motion. The extension is requested due to the undersigned's workload and being placed on furlough due to the government shutdown, as well as the size of the record and the number and nature of the issues raised following the appellant's bench trial.

1

The issues raised in this appeal are serious, and they follow a five-day bench trial. Specifically, Castro claims that his right to confrontation was violated, and that the district court abused its discretion in denying his motion for a new trial based on alleged *Brady* evidence. He also alleges two distinct sentencing errors, and he raises an issue regarding the propriety of the trial transcript. Regarding the trial transcript issue alone, Castro has filed over twelve motions between the district court and this Court post-sentencing. To respond to Castro's arguments, the undersigned must read the entire trial record, including the voluminous number of motions filed by Castro, and the relevant law. Counsel has been diligently working towards this end and has made significant progress but needs additional time to fully respond to these allegations.

The appellee's response was initially due on September 26, 2025. I sought an initial 30-day extension, which was granted and moved the due date to October 27. In that time, I presented oral argument to this Court in *United States v. Johnson*, No. 24-11115, on October 7, 2025, and filed the government's brief in *United States v. Fields*, No. 25-10599, on October 20, 2025. I also filed the government's habeas response in *Avitia v. United States*, No. 2:25-CV-175-Z on October 3, 2025. Furthermore, I was placed on furlough status on October 8, 9, and 17, during which time I was prohibited by law from working on this appeal. I further anticipate being placed on furlough status at least one day per

week for the duration of the government shutdown. Notably, Castro received two 30-day extensions to file the initial brief, and I am asking the Court for a *total* of 44 additional days.

Castro was sentenced to a 188-month prison sentence and will not suffer prejudice, nor will this short extension affect the Court's ability to timely decide this appeal. An extension to November 10 is respectfully requested.

Respectfully submitted,

Nancy E. Larson
Acting United States Attorney

/s/ Lauren C. Murphree
Lauren C. Murphree
Assistant United States Attorney
Texas State Bar No. 24085059
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7322
E-mail: lauren.murphree@usdoj.gov

## CERTIFICATE OF CONFERENCE

I have not conferred with Castro regarding this motion because he is incarcerated.

/s/ Lauren C. Murphree
Lauren C. Murphree

## **CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 406 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*/s/ Lauren C. Murphree*
Lauren C. Murphree
Date: October 22, 2025