U.S. COURT OF APPEALS
RECEIVED
Mar 12, 2026
FIFTH CIRCUIT

Case No. 24-11000

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN ANTHONY CASTRO,

Appellant.

**MOTION FOR LEAVE TO AMEND REPLY BRIEF**

Appellant John Anthony Castro, pro se, files this Motion for Leave to Amend his Reply Brief.

On November 12, 2025, Appellant filed a Motion to Strike the Government's Response Brief due to the presence of improper citations to Government exhibits that were not a part of the Record on Appeal. Although this Court denied the motion, it ordered the Government to file a proposed corrected brief.

On December 1, 2025, Appellee-Government filed a Proposed Corrected Brief. However, to date, this Court has not accepted the Government's Proposed Corrected Brief. As such, the Clerk has not closed briefing.

Because the Government has altered its original Response Brief and materially altered the factual basis for its arguments, Appellant seeks leave to correspondingly amend his final Reply Brief. It would be an unprecedented affront to due process to permit the Government to materially alter the factual basis for its legal arguments after the Appellant has filed his final Reply Brief and not correspondingly permit Appellant to amend his final Reply Brief.

Respectfully,

/s/ John Castro

John Anthony Castro
Appellant, Pro Se
FCI Oakdale I
Reg # 93890-510
P.O. Box 5000
Oakdale, LA 71463

## CERTIFICATE OF SERVICE

I, John Anthony Castro, confirm that I filed this document with the Clerk of the Court via the Pro Se Email Address and that all other parties are registered CM/ECF users who will be electronically notified and provided with a digital copy of this filing.

/s/ John Castro

Signature of John Anthony Castro

## CERTIFICATE OF COMPLIANCE

I, John Castro, undersigned certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 168 words, as determined by Microsoft Office Word 2016-word processing software.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirement of Fed R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in Times New Roman (14-point).

Date: March 9, 2026

By: /s/ John Anthony Castro