U.S. COURT OF APPEALS
RECEIVED
Mar 12, 2026
FIFTH CIRCUIT

Case No. 24-11000

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN ANTHONY CASTRO,

Appellant.

# MOTION TO CORRECT FILING DATE AND TIME AND NOTICE OF MAIL MALFEASANCE AT OAKDAL

Appellant John Anthony Castro, pro se, moves this Honorable Court to correct the docket entry for his Motion for Leave to Reply to the Government's Response to the Motion for Release Pending Appeal.

In Houston v. Lack, the U.S. Supreme Court established what is commonly known as the "prison mailbox rule." See 487 U.S. 266 (1988). This rule holds that a document is deemed filed with the federal court when it is delivered to prison authorities for mailing. As such, it has become common practice for federal inmates to add a "Declaration of Inmate Filing" subject to the criminal penalty of perjury pursuant to 28 U.S.C. 1746. This serves as definitive proof of the date and time of

the filing of a document. This point of this rule was to put incarcerated defendants on equal footing with others.

This rule was later codified for certain enumerated purposes at Fed. R. App. P. 4(c), but it is still applicable for nearly all federal court filings unless otherwise expressly stated.

In the instant case, a review of the Declaration of Inmate Filing at the end of Appellant's Motion for Leave to Reply to the Government's Response to the Motion for Release shows that it was filed *before* the Court issued its ruling. As such, it should be reflected as such on the docket.

Appellant furthers puts this Honorable Court on notice that the mailroom at the Federal Correctional Institution in Oakdale, Louisiana, has been severely delaying incoming mail; outright losing mail in other instances. This is reminiscent of this past summer when Oakdale lost Appellant's Electronic Record on Appeal, which resulted in numerous filings before finally being resolved. Appellant's Electronic Record on Appeal was found "under a cart in the warehouse" where it had apparently sat for several weeks as Oakdale staff later admitted.

Oakdale is renowned for its malfeasance in handling mail; even legal mail sent directly by the Court.

Respectfully,

/s/ John Castro

John Anthony Castro
Appellant, Pro Se
FCI Oakdale I
Reg # 93890-510
P.O. Box 5000
Oakdale, LA 71463

---

## CERTIFICATE OF SERVICE

---

I, John Anthony Castro, confirm that I filed this document with the Clerk of the Court via the Pro Se Email Address and that all other parties are registered CM/ECF users who will be electronically notified and provided with a digital copy of this filing.

/s/ John Castro

Signature of John Anthony Castro

# CERTIFICATE OF COMPLIANCE

I, John Castro, undersigned certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 319 words, as determined by Microsoft Office Word 2016-word processing software.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirement of Fed R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in Times New Roman (14-point).

Date: March 10, 2026

By: /s/ John Anthony Castro