---

Case No. 24-11000

---

United States of America,

Plaintiff - Appellee

v.

John Anthony Castro,

Defendant - Appellant

Record Excerpts

CM/ECF

APPEAL,CLOSED,EXH-ADM

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:24-cr-00001-Y-1
# Internal Use Only

Case title: USA v. Castro

Date Filed: 01/03/2024

Date Terminated: 10/30/2024

Assigned to: Senior Judge Terry R Means

**Defendant (1)**

**John Anthony Castro**
*TERMINATED: 10/30/2024*

represented by

**John Anthony Castro**
#93890510
BOP FMC Fort Worth
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119
PRO SE

**Franklyn Ray Mickelsen**
Broden & Mickelsen
2600 State St
Dallas, TX 75204
214-720-9552
Fax: 214-720-9594
Email: mick@texascrimlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

**F Clinton Broden**
Broden & Mickelsen
2600 State St
Dallas, TX 75204
214-720-9552
Fax: 214-720-9594
Email: clint@texascrimlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

**Jason B Freeman**
Freeman Law, PLLC
7011 Main Street

Frisco, TX 75034
214-984-3410
Fax: 214-984-3409
Email: jason@freemanlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| 26 U.S.C. § 7206(2) Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return (1-5) | BOP: 36 months per count as to counts 1-5, to run consecutively; 8 months as to count 6 to run consecutively to counts 1-5; 36 months as to counts 7-33 to run concurrently to counts 1-6 for a total sentence of 188 months; MSA: $3300; S/R: 1 year per count as to counts 1-33 to run concurrently for a total of 1 year; Restitution: $277,243.00 |
| 26 U.S.C. § 7206(2) Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return (6) | BOP: 36 months per count as to counts 1-5, to run consecutively; 8 months as to count 6 to run consecutively to counts 1-5; 36 months as to counts 7-33 to run concurrently to counts 1-6 for a total sentence of 188 months; MSA: $3300; S/R: 1 year per count as to counts 1-33 to run concurrently for a total of 1 year; Restitution: $277,243.00 |
| 26 U.S.C. § 7206(2) Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return (7-33) | BOP: 36 months per count as to counts 1-5, to run consecutively; 8 months as to count 6 to run consecutively to counts 1-5; 36 months as to counts 7-33 to run concurrently to counts 1-6 for a total sentence of 188 months; MSA: $3300; S/R: 1 year per count as to counts 1-33 to run concurrently for a total of 1 year; Restitution: $277,243.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **P.J. Meitl-DOJ**
DOJ-USAO
801 Cherry Street
Suite 1700
Fort Worth, TX 76102
817-252-5200
Fax: 817-252-5455
Email: philip.meitl@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

**Nancy E Larson-DOJ**
US Attorney's Office
801 Cherry St
Suite 1700
Fort Worth, TX 76102-6882
817-252-5200
Fax: 817-252-5455
Email: nancy.larson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2024 | 1 | *SEALED* Motion to Seal Indictment as to John Anthony Castro filed by USA. (Notice: Any required service of this document is the responsibility of the filer.) (mmw) (Entered: 01/03/2024) |
| 01/03/2024 | 2 | *SEALED* Sealed Order in case as to John Anthony Castro : Before the Court is the Government's 1 Motion to Seal Indictment in the above - captionedcriminal case. The Court GRANTS the motion. (Ordered by Magistrate Judge Renee Harris Toliver on 1/3/2024) (mmw) (Entered: 01/03/2024) |
| 01/03/2024 | 3 | INDICTMENT as to John Anthony Castro (1) count(s) 1-33. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mmw) Modified to remove sealed language on 5/8/2024 (bdb). (Entered: 01/03/2024) |
| 01/03/2024 | 5 | *SEALED* *** Arrest Warrant Issued in case as to John Anthony Castro. Excludable XM Started. (distributed to USMS, AUSA, USPO) (mmw) (Entered: 01/03/2024) |
| 01/09/2024 | 6 | Arrest Warrant Returned Executed on 1/9/24 as to John Anthony Castro. (mmw) (Entered: 01/09/2024) |

| | | |
|---|---|---|
| 01/09/2024 | 7 | Minute Entry for proceedings held before Magistrate Judge Hal R. Ray, Jr: Initial Appearance as to John Anthony Castro held on 1/9/2024. Date of Arrest: 1/9/2024. The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Deft advised he would retain counsel; court o/ deft to retain counsel by Jan 17; court reset arraignment; Gov't did not move to detain; o/ setting conditions of release entered; PR bond executed; Deft o/ released after processing. Attorney Appearances: AUSA - Shawn Smith for PJ Meitl; Defense - FPD present, not appointed. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (Interpreter N/A.) (USPO Rich.) (mmw) (Entered: 01/09/2024) |
| 01/09/2024 | 8 | (Document Restricted) CJA 23 Financial Affidavit by John Anthony Castro (mmw) (Entered: 01/09/2024) |
| 01/09/2024 | 9 | ORDER As to John Anthony Castro:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Hal R. Ray, Jr on 1/9/2024) (mmw) (Entered: 01/09/2024) |
| 01/09/2024 | 10 | ORDER Setting Conditions of Release as to John Anthony Castro (Ordered by Magistrate Judge Hal R. Ray, Jr on 1/9/2024) (mmw) (Entered: 01/09/2024) |
| 01/09/2024 | 11 | ELECTRONIC ORDER as to John Anthony Castro: Defendant is ordered to retain counsel on or before 1/17/2024. Arraignment RESET for 1/17/2024 09:30 AM before Magistrate Judge Jeffrey L. Cureton. Attorneys and defendant to be present in the courtroom 15 minutes prior to the start of hearing. (Ordered by Magistrate Judge Hal R. Ray, Jr on 1/9/2024) (mcrd) (Entered: 01/09/2024) |
| 01/10/2024 | 12 | (Document restricted to court users only) Receipt for Surrender of Passport as to John Anthony Castro. (bcr) (Entered: 01/10/2024) |
| 01/16/2024 | 13 | NOTICE OF ATTORNEY APPEARANCE by Franklyn Ray Mickelsen (Clerk to Set Designation as: Retained) appearing for John Anthony Castro (Filer confirms contact info in ECF is current.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Mickelsen, Franklyn) (Entered: 01/16/2024) |
| 01/16/2024 | 14 | NOTICE OF ATTORNEY APPEARANCE by F Clinton Broden (Clerk to Set Designation as: Retained) appearing for John Anthony Castro (Filer confirms contact info in ECF is current.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Broden, F) (Entered: 01/16/2024) |

| | | |
|---|---|---|
| 01/16/2024 | 15 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by John Anthony Castro (Attachments: # 1 Proposed Order) (Mickelsen, Franklyn) Modified text per PDF on 1/17/2024 (mmw). (Entered: 01/16/2024) |
| 01/16/2024 | 16 | ORDER as to John Anthony Castro: approving waiver and plea of not guilty (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/16/2024) (mcrd) (Entered: 01/16/2024) |
| 01/17/2024 | 17 | Pretrial and Scheduling Order for Criminal Trial as to John Anthony Castro: Jury Trial set for 3/18/2024 at 1:30 PM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. Motions due by 2/20/2024. Pretrial Conference set for 3/14/2024 at 3:00 PM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. (Ordered by Senior Judge Terry R Means on 1/17/2024) (mmw) (Entered: 01/17/2024) |
| 01/26/2024 | 18 | Unopposed MOTION for Protective Order filed by USA as to John Anthony Castro (Meitl-DOJ, P.J.) (Entered: 01/26/2024) |
| 02/09/2024 | 19 | Unopposed MOTION to Continue *Trial* filed by John Anthony Castro (Attachments: # 1 Proposed Order) (Mickelsen, Franklyn) (Entered: 02/09/2024) |
| 02/12/2024 | 20 | ORDER GRANTING MOTION FOR PROTECTIVE ORDER 18 ...The Court concludes that good cause has been established for entry of this protective order as it is a reasonable measure that protects the rights of the defendants, the public, and witnesses involved in this case. As a result, the motion should be, and it is hereby, GRANTED. (Ordered by Senior Judge Terry R Means on 2/12/2024) (wxc) (Entered: 02/12/2024) |
| 02/22/2024 | 21 | ORDER granting 19 Motion to Continue as to John Anthony Castro (1) Motions due by 4/12/2024. Jury Trial set for 5/20/2024 01:30 PM in US Courthouse, Courtroom 508, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. Pretrial Conference set for 5/16/2024 03:00 PM in US Courthouse, Courtroom 508, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. (Ordered by Senior Judge Terry R Means on 2/22/2024) (wxc) (Entered: 02/22/2024) |
| 03/01/2024 | 22 | NOTICE OF ATTORNEY APPEARANCE by Jason B Freeman (Clerk to Set Designation as: Retained) appearing for John Anthony Castro (Filer confirms contact info in ECF is current.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Freeman, Jason) (Entered: 03/01/2024) |
| 03/07/2024 | 23 | ***UNFILED & STRICKEN PER 24 ORDER*** MOTION for Bench Trial filed by John Anthony Castro (Attachments: # 1 Attachment A, # 2 Proposed Order) (Mickelsen, Franklyn) Modified on 3/14/2024 (bdb). (Entered: 03/07/2024) |
| 03/13/2024 | 24 | ORDER STRIKING AND UNFILING DOCUMENT as to John Anthony Castro re: 23 MOTION for Bench Trial due to the following deficiency: All motions require an electronic proposed order. Additionally, a paper copy of every motion be transmitted to chambers upon electronic filing of the motion. (Ordered by Senior Judge Terry R Means on 3/13/2024) (bdb) (Entered: 03/14/2024) |

| | | |
|---|---|---|
| 03/14/2024 | 25 | MOTION for Bench Trial filed by John Anthony Castro (Attachments: # 1 Attachment A, # 2 Proposed Order) (Mickelsen, Franklyn) (Entered: 03/14/2024) |
| 03/21/2024 | 26 | ORDER GRANTING MOTION FOR BENCH TRIAL 25 ... Pending before the Court is Defendant's Motion for Bench Trial 25 . After review of the motion, the Court concludes that it should be, and it is hereby, GRANTED. The trial of this case will be to the Court sitting without a jury. (Ordered by Senior Judge Terry R Means on 3/21/2024) (wxc) (Entered: 03/21/2024) |
| 03/21/2024 | | Bench Trial set for 5/20/2024 01:30 PM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means Per Order 26 . (Ordered by Senior Judge Terry R Means on 3/21/2024) (wxc) (Entered: 03/21/2024) |
| 04/01/2024 | 27 | NOTICE *of Government's Expert Witness Designation (Prof. Bruce McGovern)* filed by USA as to John Anthony Castro (Meitl-DOJ, P.J.) (Entered: 04/01/2024) |
| 04/01/2024 | 28 | NOTICE *of Government's Expert Witness Designation (Amy Dunford)* filed by USA as to John Anthony Castro (Attachments: # 1 Exhibit(s) 1 - Dunford CV) (Meitl-DOJ, P.J.) (Entered: 04/01/2024) |
| 04/01/2024 | 29 | NOTICE *of Government's Expert Witness Designation (Adam Wieborg))* filed by USA as to John Anthony Castro (Meitl-DOJ, P.J.) (Entered: 04/01/2024) |
| 04/26/2024 | 30 | MOTION for Leave to File Motion to Exclude Defendant's Proposed Expert Testimony*Out of Time* filed by USA as to John Anthony Castro (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2) (Meitl-DOJ, P.J.) (Entered: 04/26/2024) |
| 04/27/2024 | 31 | Designation of Experts (Freeman, Jason) (Entered: 04/27/2024) |
| 04/30/2024 | 32 | NOTICE OF ATTORNEY APPEARANCE by Nancy E Larson-DOJ appearing for USA *Co-Counsel*. (Clerk to set designation as: Assistant US Attorney). (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Larson-DOJ, Nancy) (Entered: 04/30/2024) |
| 04/30/2024 | 33 | ORDER DENYING MOTION FOR LEAVE TO FILE MOTION as to John Anthony Castro (1): Pending before the Court is the government's 30 Motion for Leave to File Motion to Exclude Defendant's Proposed Expert Testimony Out of Time. The government's motion is DENIED. (Ordered by Senior Judge Terry R Means on 4/30/2024) (mmw) (Entered: 04/30/2024) |
| 05/06/2024 | 34 | TRIAL BRIEF by USA as to John Anthony Castro (Attachments: # 1 Exhibit(s) A) (Meitl-DOJ, P.J.) (Entered: 05/06/2024) |
| 05/06/2024 | 35 | TRIAL BRIEF by John Anthony Castro (Freeman, Jason) (Entered: 05/06/2024) |
| 05/13/2024 | 36 | Agreed STIPULATION by USA as to John Anthony Castro *of Evidence* (Attachments: # 1 Exhibit(s) A) (Meitl-DOJ, P.J.) (Entered: 05/13/2024) |
| 05/14/2024 | 37 | EXHIBIT LIST by USA as to John Anthony Castro (Meitl-DOJ, P.J.) (Entered: 05/14/2024) |
| 05/14/2024 | 38 | WITNESS LIST by USA as to John Anthony Castro (Meitl-DOJ, P.J.) (Entered: 05/14/2024) |

| | | |
|---|---|---|
| 05/14/2024 | 39 | NOTICE *of Intent to Offer Evidence Pursuant to Federal Rule of Evidence 902(11)* filed by USA as to John Anthony Castro (Meitl-DOJ, P.J.) (Entered: 05/14/2024) |
| 05/14/2024 | 40 | EXHIBIT LIST by John Anthony Castro (Freeman, Jason) (Entered: 05/14/2024) |
| 05/14/2024 | 41 | WITNESS LIST by John Anthony Castro (Freeman, Jason) (Entered: 05/14/2024) |
| 05/16/2024 | 42 | TRIAL BRIEF by John Anthony Castro (Freeman, Jason) (Entered: 05/16/2024) |
| 05/16/2024 | 43 | Minute Entry for proceedings held before Senior Judge Terry R Means: Pretrial Conference as to John Anthony Castro held on 5/16/2024. Attorney Appearances: AUSA - P.J. Meitl, Nancy E. Larson; Defense - Franklyn R. Mickelsen, Jason B. Freeman. (No exhibits) Time in Court - :33. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (mmw) (Entered: 05/16/2024) |
| 05/17/2024 | 44 | Agreed STIPULATION by USA as to John Anthony Castro *of Evidence* (Meitl-DOJ, P.J.) (Entered: 05/17/2024) |
| 05/20/2024 | 45 | Minute Entry for proceedings held before Senior Judge Terry R Means: Bench Trial Begun as to John Anthony Castro on 5/20/2024. Adjourned until 9:30a.m., May 21, 2024. Attorney Appearances: AUSA - P.J. Meitl, Nancy Larson; Defense - Franklyn R. Mickelsen, Jason B. Freeman. (Exhibits admitted - In possession of the parties.) Time in Court - 2:42. (Court Reporter: Debbie Saenz) (wxc) (Entered: 05/21/2024) |
| 05/21/2024 | 46 | Minute Entry for proceedings held before Senior Judge Terry R Means: Bench Trial (Day 2) Held as to John Anthony Castro on 5/21/2024. Attorney Appearances: AUSA - P.J. Meitl, Nancy Larson; Defense - Franklyn Mickelsen, Jason B. Freeman. (Exhibits admitted - returned to party) Time in Court - 5:11. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (bdb) (Entered: 05/22/2024) |
| 05/22/2024 | 47 | Minute Entry for proceedings held before Senior Judge Terry R Means: Bench Trial Held (Day 3) as to John Anthony Castro on 5/22/2024. Attorney Appearances: AUSA - P.J. Meitl, Nancy Larson; Defense - Franklyn Mickelsen, Jason B. Freeman. (Exhibits admitted) Time in Court - 5:21. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (mmw) Modified docket text on 6/14/2024 (bdb). (Entered: 05/22/2024) |
| 05/23/2024 | 48 | Minute Entry for proceedings held before Senior Judge Terry R Means: Bench Trial Held (Day 4) as to John Anthony Castro on 5/23/2024. Attorney Appearances: AUSA - P.J. Meitl, Nancy Larson; Defense - Franklyn Mickelsen, Jason B. Freeman. (Exhibits admitted - returned to party) Time in Court - 5:18. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (mmw) Modified docket text on 6/14/2024 (bdb). (Entered: 05/24/2024) |
| 05/24/2024 | 49 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Hearing on Continued Detention as to John Anthony Castro held on 5/24/2024; Gov't witness Tuan Ma, sworn and testified; Court o/defendant remain in custody pending sentencing; Deft custody continued. Attorney Appearances: AUSA - PJ Meitl, Nancy Larson; Defense - Franklyn Ray Mickelesen, Jason B Freeman. (No exhibits) Time in Court - :22. (Court Reporter: Debbie Saenz) (mcrd) (Entered: 05/24/2024) |

| | | |
|---|---|---|
| 05/24/2024 | 50 | Minute Entry for proceedings held before Senior Judge Terry R Means: Bench Trial Completed as to John Anthony Castro on 5/24/2024. Attorney Appearances: AUSA - P.J. Meitl, Nancy Larson; Defense - Franklyn Mickelsen, Jason B. Freeman. (Exhibits admitted) Time in Court - 1:14. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (mmw) (Entered: 05/24/2024) |
| 05/24/2024 | 51 | VERDICT OF THE COURT as to John Anthony Castro (1): Guilty on Counts 1-33 (Ordered by Senior Judge Terry R Means on 5/24/2024) (mmw) (Entered: 05/24/2024) |
| 05/24/2024 | 52 | ORDER SETTING SCHEDULE FOR SENTENCING as to John Anthony Castro: Presentence Investigation Report due by 7/26/2024. Objections to Presentence Investigation Report due by 8/9/2024. Presentence Investigation Addendum due by 8/23/2024. Sentencing set for 9/17/2024 at 10:00 AM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. (Ordered by Senior Judge Terry R Means on 5/24/2024) (mmw) (Entered: 05/24/2024) |
| 05/29/2024 | 53 | NOTICE *Agreed Admitted Exhibit List* filed by USA as to John Anthony Castro (Meitl-DOJ, P.J.) (Entered: 05/29/2024) |
| 05/29/2024 | 54 | AMENDED VERDICT OF THE COURT as to John Anthony Castro: Guilty as to Counts 1-33 of the Indictment. The Court issues this amended verdict, substituting "Assisting" for "Abetting" as to each count charged, to accurately reflect the statutory language. The parties must file any objection they may have to this amendment no later than June 6, 2024. (Ordered by Senior Judge Terry R Means on 5/29/2024) (bdb) Modified docket text on 5/29/2024 (bdb). (Entered: 05/29/2024) |
| 07/18/2024 | 55 | *SEALED* Sealed Presentence Report as to John Anthony Castro submitted by U.S. Probation Office with document access authorized to counsel of record for named Defendant and USA. (To access, enter the attorney's PACER login, when prompted.) (Attachments: # 1 Presentence Report) (pkrw) (Entered: 07/18/2024) |
| 07/19/2024 | 56 | *SEALED* Sealed Statement of Acceptance of Presentence Report submitted by USA as to John Anthony Castro with document access authorized to counsel of record for named Defendant and USA. (To access, enter the attorney's PACER login, when prompted.) (Meitl-DOJ, P.J.) (Entered: 07/19/2024) |
| 08/09/2024 | 57 | Unopposed MOTION for Extension of Time *to File Objections to PSR by August 14, 2024* filed by John Anthony Castro (Attachments: # 1 Proposed Order) (Freeman, Jason) (Entered: 08/09/2024) |
| 08/13/2024 | 58 | ORDER GRANTING UNOPPOSED 57 MOTION FOR EXTENSION OFTIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT as to John Anthony Castro: Objections to Presentence Investigation Report due by 8/14/2024. Presentence Investigation Addendum due by 8/28/2024. Responses due by 9/11/2024. Sentencing set for 9/24/2024 at 10:00 AM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means.) (Ordered by Senior Judge Terry R Means on 8/13/2024) (mmw) (Entered: 08/13/2024) |
| 08/14/2024 | 59 | *SEALED* Sealed Objections to Presentence Report submitted by defendant as to John Anthony Castro with document access authorized to counsel of record for named Defendant and USA. (To access, enter the attorney's PACER login, when prompted.) (Freeman, Jason) (Entered: 08/14/2024) |

| | | |
|---|---|---|
| 08/27/2024 | 60 | Unopposed MOTION to Continue *August 28, 2024 Deadlines to File Sentencing Memorandum and Provide Material for Court's Consideration and September 4, 2024 Deadline to File Motion for Variance* filed by John Anthony Castro (Attachments: # 1 Proposed Order) (Freeman, Jason) (Entered: 08/27/2024) |
| 08/28/2024 | 61 | ORDER GRANTING DEFENDANT'S UNOPPOSED 60 MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM AND MOTION FOR VARIANCE as to John Anthony Castro (1): Accordingly, paragraphs 11 through 13 of the most recent Order Setting Schedule for Sentencing are hereby AMENDED. (see order for specifics) (Ordered by Senior Judge Terry R Means on 8/28/2024) (mmw) (Entered: 08/28/2024) |
| 08/28/2024 | 62 | *SEALED* Sealed Presentence Addendum as to John Anthony Castro submitted by U.S. Probation Office with document access authorized to counsel of record for named Defendant and USA. (To access, enter the attorney's PACER login, when prompted.) (Attachments: # 1 Addendum to PSR) (pkrw) (Entered: 08/28/2024) |
| 09/03/2024 | 63 | *SEALED* Sealed Response to Objections to Presentence Report submitted by USA as to John Anthony Castro with document access authorized to counsel of record for named Defendant and USA.(To access, enter the attorney's PACER login, when prompted.) (Meitl-DOJ, P.J.) (Entered: 09/03/2024) |
| 09/05/2024 | 64 | *SEALED* Sealed Sentencing Memorandum/Brief/Memorandum in Support re: Scheduling Order issued August 28, 2024 (Sealed pursuant to order dated 8/28/2024) as to John Anthony Castro filed by Defendant. (Freeman, Jason) Modified document title on 9/11/2024 (bdb). (Entered: 09/05/2024) |
| 09/11/2024 | 65 | *SEALED* Sealed Presentence Addendum as to John Anthony Castro submitted by U.S. Probation Office with document access authorized to counsel of record for named Defendant and USA. (To access, enter the attorney's PACER login, when prompted.) (Attachments: # 1 Second Addendum to PSR) (pkrw) (Entered: 09/11/2024) |
| 09/12/2024 | 66 | *SEALED* Sealed Response re: 60 Motion to Continue, 64 Sentencing Memorandum (Sealed pursuant to order dated 5/24/2024) as to John Anthony Castro filed by USA. (Meitl-DOJ, P.J.) Modified document title and document relationships on 9/13/2024 (bdb). (Entered: 09/12/2024) |
| 09/13/2024 | 67 | Public correspondence addressed to judge, received from John Anthony Castro. (mmw) (Entered: 09/13/2024) |
| 09/17/2024 | 68 | *SEALED* Sealed RESPONSE re: 67 Public Correspondence Received (Sealed pursuant to SO 19-1, statute, or rule) as to John Anthony Castro filed by USA. (Attachments: # 1 Exhibit(s) Government Exhibit 1, # 2 Exhibit(s) Government Exhibit 2, # 3 Exhibit(s) Government Exhibit 3) (Meitl-DOJ, P.J.) Modified text per PDF on 9/18/2024 (mmw). (Entered: 09/17/2024) |
| 09/17/2024 | 69 | ORDER RESCHEDULING TIME OF HEARING as to John Anthony Castro: Sentencing set for 9/24/2024 at 2:00 PM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. (Ordered by Senior Judge Terry R Means on 9/17/2024) (mmw) (Entered: 09/17/2024) |
| 09/24/2024 | 70 | ORDER RESCHEDULING HEARING as to John Anthony Castro: Sentencing set for 10/29/2024 at 2:00 PM in US Courthouse, Courtroom 501, 501 W. 10th |

| | | |
|---|---|---|
| | | St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. (Ordered by Senior Judge Terry R Means on 9/24/2024) (mmw) (Entered: 09/24/2024) |
| 10/21/2024 | 71 | *SEALED* Sealed Sentencing Memorandum submitted by defendant as to John Anthony Castro with document access authorized to counsel of record for named Defendant and USA. (To access, enter the attorney's PACER login, when prompted.) (Freeman, Jason) (Entered: 10/21/2024) |
| 10/21/2024 | 72 | *SEALED* Expert Declaration in Support of Defense Sentencing Memorandum (Sealed pursuant to order dated 8/28/2024) as to John Anthony Castro filed by Defendant. (Freeman, Jason) (Entered: 10/21/2024) |
| 10/25/2024 | 73 | Public correspondence addressed to judge, received from John Anthony Castro. (saw) (Entered: 10/28/2024) |
| 10/29/2024 | 74 | *SEALED* Sealed Declaration of Alan Ellis as to John Anthony Castro filed by Defendant. (Notice: Any required service of this document is the responsibility of the filer.) (mmw) (Entered: 10/29/2024) |
| 10/29/2024 | 75 | Minute Entry for proceedings held before Senior Judge Terry R Means: Sentencing held on 10/29/2024 for John Anthony Castro (1): Count(s) 1-33, BOP: 36 months per count as to counts 1-5, to run consecutively; 8 months as to count 6 to run consecutively to counts 1-5; 36 months as to counts 7-33 to run concurrently to counts 1-6 for a total sentence of 188 months; MSA: $3300; S/R: 1 year per count as to counts 1-33 to run concurrently for a total of 1 year; Restitution: $277,243.00. Attorney Appearances: AUSA - P.J. Meitl; Defense - Franklyn Mickelsen, Jason Freeman. (No exhibits) Time in Court - :57. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO Wren.) (mmw) (Entered: 10/30/2024) |
| 10/29/2024 | 76 | Notice of Right to Appeal Sentence as to John Anthony Castro (mmw) (Entered: 10/30/2024) |
| 10/29/2024 | 77 | Order Setting Conditions of Supervised Release as to John Anthony Castro. (Ordered by Senior Judge Terry R Means on 10/29/2024) (mmw) (Entered: 10/30/2024) |
| 10/30/2024 | 78 | JUDGMENT as to John Anthony Castro (1): BOP: 36 months per count as to counts 1-5, to run consecutively; 8 months as to count 6 to run consecutively to counts 1-5; 36 months as to counts 7-33 to run concurrently to counts 1-6 for a total sentence of 188 months; MSA: $3300; S/R: 1 year per count as to counts 1-33 to run concurrently for a total of 1 year; Restitution: $277,243.00 Pursuant to LR 79.2 and LCrR 55.2, exhibits may be claimed during the 60-day period following final disposition (to do so, follow the procedures found at Exhibit Guide). The clerk will discard exhibits that remain unclaimed after the 60-day period without additional notice. (Clerk to notice any party not electronically noticed.) (Ordered by Senior Judge Terry R Means on 10/30/2024) (mmw) (Entered: 10/31/2024) |
| 10/31/2024 | 79 | *SEALED* Sealed Statement of Reasons re: 78 Judgment as to John Anthony Castro with document access authorized to counsel of record for named Defendant and USA. (mmw) (Entered: 10/31/2024) |
| 11/04/2024 | 80 | Notice of Filing of Official Electronic Transcript of Verdict of the Court Proceedings as to John Anthony Castro held on 5/24/2024 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact |

| | | |
|---|---|---|
| | | the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (10 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 11/25/2024. Redacted Transcript Deadline set for 12/5/2024. Release of Transcript Restriction set for 2/3/2025. (dgs) (Entered: 11/04/2024) |
| 11/12/2024 | 81 | NOTICE Of Intent to Proceed Pro Se as to John Anthony Castro (mmw) (Entered: 11/12/2024) |
| 11/12/2024 | 82 | MOTION to Modify Sentencing filed by John Anthony Castro (mmw) (Entered: 11/12/2024) |
| 11/12/2024 | 83 | MOTION to Modify Restitution Order filed by John Anthony Castro (mmw) (Entered: 11/12/2024) |
| 11/12/2024 | 84 | MOTION for New Trial filed by John Anthony Castro (mmw) (Entered: 11/12/2024) |
| 11/12/2024 | 85 | NOTICE OF APPEAL to the Fifth Circuit as to 78 Judgment, by John Anthony Castro. by John Anthony Castro. Filing fee $605, receipt number FW400003843. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a Defendant proceeding pro se.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (tle) Modified added receipt number on 11/12/2024 (tle). (Entered: 11/12/2024) |

NOV 12 2024 AM10:35
FILED-USDC-NDTX-FW

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

UNITED STATES OF AMERICA

V. Case No. 4:24-CR-001

JOHN ANTHONY CASTRO

**NOTICE OF APPEAL**

Defendant John Anthony Castro, pro se, hereby files this notice of appeal of both the verdict as well as the sentencing.

It is the intent of Defendant that this Court retain jurisdiction until the following motions currently pending before the Court are resolved so that they too can be considered on appeal:

1. Motion to Modify the Restitution Order
2. Motion to Modify Sentencing
3. Motion for New Trial

Respectfully submitted,

John Anthony Castro
Defendant, Pro Se

Case: 24-11000 Document: 291 Page: 14 Date Filed: 05/15/2026

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

UNITED STATES OF AMERICA

v.

JOHN ANTHONY CASTRO

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 4:24-CR-001-Y(1)
P. J. Meitl, assistant U.S. attorney
Franklyn R. Mickelsen and Jason B. Freeman, attorneys for the defendant

On May 29, 2024, the defendant, John Anthony Castro, was found guilty by the Court, after a bench trial, on counts one through thirty-three of the thirty-three count indictment. Accordingly, the defendant is adjudged guilty of such counts, which involve the following offense:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE CONCLUDED | COUNTS |
|---|---|---|---|
| 26 U.S.C. § 7206(2) | Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return | March 22, 2020 | 1 through 33 |

The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed under Title 18, United States Code § 3553(a), taking the guidelines issued by the United States Sentencing Commission under Title 28, United States Code § 994(a)(1), as advisory only.

The defendant shall pay immediately a special assessment of $100.00 on each of counts one through thirty-three of the thirty-three-count indictment, for a total of $3,300.00.

The defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed October 29, 2024.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed October 30, 2024.

## IMPRISONMENT

The defendant, John Anthony Castro, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 36 months, per count, as to counts one through five of the thirty-three-count indictment, to run consecutively; 8 months as to count six of the thirty-three-count indictment, to run consecutively to counts one through five; and 36 months, per count, as to counts seven through thirty-three of the thirty-three count indictment, to run concurrently with counts one through six, for a total sentence of 188 months' imprisonment.

The defendant is remanded to the custody of the United States marshal.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 1 year, per count, as to counts one through thirty-three of the thirty-three-count indictment, to run concurrently for a total of 1 year.

The defendant, while on supervised release, shall comply with the standard conditions recommended by the U. S. Sentencing Commission at §5D1.3(c) of the United States Sentencing Commission Guidelines Manual, and shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

cooperate in the collection of DNA as directed by the probation officer, as authorized by the Justice for All Act of 2004;

report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Federal Bureau of Prisons;

refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court;

not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the business of preparing tax returns without the probation officer's approval;

refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the probation officer makes a determination that the defendant is in compliance with the payment schedule;

provide to the probation officer complete access to all business and personal financial information; and

pay any remaining balance of restitution in the amount of $277,243.00, as set out in this Judgment.

## FINE/RESTITUTION

The Court does not order a fine or costs of incarceration because the defendant does not have the financial resources or future earning capacity to pay a fine or costs of incarceration in addition to mandatory restitution.

As a condition of supervised release, the defendant is ordered to make restitution, in the amount of $277,243.00. Restitution shall be paid to the U. S. district clerk, 501 West 10th Street, Room 310, Fort Worth, TX 76102-3673, for disbursement to:

Internal Revenue Service
Attn: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108
Re: John Anthony Castro

Restitution is due and payable immediately, but if, upon commencement of the term of supervised release, any part of the $277,243.00 restitution ordered by this judgment remains unpaid, the defendant shall make payments on such unpaid balance at the rate of at least $300.00 per month, the first such payment to be made no later than 60 days after the defendant's release from confinement and another payment to be made on the same day of each month thereafter until the restitution is paid in full.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________________ to ______________________________

at ________________________________________________, with a certified copy of this judgment.

______________________________
United States marshal

BY ______________________________
deputy marshal

Case: 24-11000 Document: 291 Page: 17 Date Filed: 05/15/2026